UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendant. | Case No. 19-00968 BLF (PR)<br><br>**JUDGMENT** |

Plaintiff's request for voluntary dismissal of this action has been granted. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 24, 2019

    BETH LABSON FREEMAN
    United States District Judge

Judgment
P:\PRO-SE\BLF\CR.19\00968Martin_jud